IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LINDA P. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-47 (HCN) ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SERVICE OF THE ADMINISTRATIVE RECORD**

A copy of the certified administrative record in this case has been served on Plaintiff by overnight delivery to arrive today. The index of that record, which exceeds 10,000 pages, is attached as an exhibit to this motion. The Secretary will file excerpts of the relevant portions of the record after undersigned counsel has an opportunity to review it and to redact any information that should not be filed on the public docket, such as Plaintiff's social security number.

Dated: June 25, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470
*Counsel for Defendant*