

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

MAR - 5 1992

TO: Chair, Departmental Appeals Board

FROM: Terrence J. Tychan *[signature]*
Acting Deputy Assistant Secretary for Management and Acquisition

SUBJECT: Authority to Certify True Copies and Affix the Department Seal

Under the authority vested in the Deputy Assistant Secretary for Management and Acquisition on November 14. 1991 (attached) to certify true copies and affix the Department Seal for the Office of the Secretary, I hereby redelegate to the Chair of the Departmental Appeals Board:

1. The authority to certify true copies of any books, records, papers, or other documents on file within the Department, or extracts from such, to certify that true copies are true copies of the entire file of the Department, to certify the complete original record, or to certify the nonexistence of records on file within the Department, and to cause the Seal of the Department to be affixed to such certifications.

2. The authority to cause the Seal to be Affixed to agreements, awards, citations, diplomas, and similar documents.

3. These authorities may be redelegated.

4. This redelegation supersedes all previous redelegations of authorities to the Chair of the Departmental Appeals Board relating to this subject. Further redelegations made under previous redelegations of authority shall remain in effect until appropriate new redelegations are made.

Attachment



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Departmental Appeals Board
Room G-644, MS 6127
330 Independence Avenue, SW
Washington, D.C. 20201

To: Angela Roach, Administrative Appeals Judge

From: Constance B. Tobias
Chair, Departmental Appeals Board

Subject: Redelegation of Authority to Certify True Copies and Affix the Department Seal

Effective March 5, 1992, the Acting Deputy Secretary for Management and Acquisition of the Department of Health and Human Services redelegated to me the authority to certify true copies of certain records and affix the Departmental Seal for the Office of the Secretary.

Effective August 21, 2018, I hereby redelegate to you, as an Administrative Appeals Judge and the Medicare Operations Division (MOD) Executive Director, these authorities, to be exercised for all records developed within MOD.

# United States of America

Department of Health and Human Services

## CERTIFICATION OF TRUE COPY

Pursuant to the provisions of 42 U.S.C. 3505 and the authority vested in me by delegation from the Secretary (See attached), I hereby certify that the annexed are true copies of the documents on file in the Department of Health and Human Services.

IN WITNESS WHEREOF, I have set my hand and caused the seal of the Department of Health and Human Services to be affixed, on this _____17th_____ day of _____June_____, 2021.



Angela Roach
Executive Director and
Administrative Appeals Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| LINDA P. SMITH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action |
| SECRETARY of the ) | |
| UNITED STATES DEPARTMENT OF ) | Number: |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | 1:21-cv-47-CMR |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**ADMINISTRATIVE RECORD**

**Linda P. Smith**
**Appellant**

**Linda P. Smith**
**Beneficiary**

**1-8048536100 & 1-8048583213**
**ALJ Appeal Number**

**Linda P. Smith,**
**Plaintiff**

v.

**Secretary of the United States Department of Health and Human Services,**
**Defendant.**

**Court Identification Number: 1:21-cv-00047-CMR**

**Index**

| *Volume 1* | *Pages* |
|---|---|
| Medicare Appeals Council (Council) Decision and Notice of Decision, Dated February 26, 2021 | 1-11 |
| Appellant's Request for Review, Received June 4, 2021 | 12-53 |
| ***ALJ # 1-8048583213 Claim Files*** | |
| Duplicate Administrative Law Judge (ALJ) Decision and Notice of Decision, Dated April 9, 2019 | 54-68 |
| Miscellaneous OMHA Documents | 69-71 |
| ALJ Decision and Notice of Decision, Dated April 9, 2019 | 72-85 |
| ALJ Exhibit (Exh.) Lists | 86-87 |
| ALJ Exh. 5 | 88-107 |
| ALJ Exh. 4 | 108-151 |
| ALJ Exh. 3 | 152-159 |
| ALJ Exh. 2 | 160-164 |

| | |
|---|---:|
| ALJ Exh. 1 | 165-970 |
| Duplicates/Non-Probative | 971-1800 |
| ***Volume 2*** | ***Pages*** |
| ***ALJ # 1-8048536100 Claim Files*** | |
| Duplicate ALJ Decision and Notice of Decision, Dated April 9, 2019 | 1801-1815 |
| Miscellaneous Document | 1816 |
| ALJ Decision and Notice of Decision, Dated April 9, 2019 | 1817-1833 |
| ALJ Exh. List | 1834-1835 |
| ALJ Exh. 6 | 1836-1855 |
| ALJ Exh. 5[1] | |
| ALJ Exh. 4 | 1856-1916 |
| ALJ Exh. 3 | 1917-1925 |
| ALJ Exh. 2 | 1926 |
| ALJ Exh. 1 | 1927-4226 |
| ***Volume 3*** | |
| Duplicate/Nonprobative | 4227-6776 |
| ***Volume 4*** | |
| Duplicate/Nonprobative cont. | 6777-10264 |
| ***Volume 5*** | |
| Hearing Transcript- February 19. 2019 | 10265-10295 |
| Hearing Transcript- December 11, 2018 | 10296-10337 |

---

[1] *ALJ Exhibit List* reflects Exhibit 5; however, there are no pages associated with this Exhibit.