Phillip Wm. Lear
Lear & Lear PLLC
808 E South Temple Street
Salt Lake City, UT 84102
Telephone: (801) 538-5000
Facsimile:(801) 538-5001
Email: phillip.lear@learlaw.com
Local Attorney for Linda P. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LINDA P. SMITH,<br><br>   *Plaintiff*<br><br>v.<br><br>XAVIER BECERRA, in his capacity as the Secretary of the United States Department of Health and Human Services,<br><br>   *Defendant* | Case No. 1:21-cv-00047-HCN-DBP<br><br>OBJECTION TO ADMINISTRATIVE RECORD<br><br>JURY TRIAL DEMANDED<br><br>Judge Howard Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Out of an abundance of caution, Plaintiff Linda Smith files this objection to the administrative record served (but not filed) on June 25, 2021. As served, Volume 4 (pages 6777-10264) comprises a single PDF file, which is apparently corrupted and inaccessible. In addition, there is no Volume 5 (pages 10265-10337). Thus, Plaintiff is unable to determine whether the record is accurate and complete. Plaintiff will endeavor to resolve this discrepancy with the Secretary.

Plaintiff notes that the relevant statute (42 U.S.C. § 405(g)) required the Secretary to "file a certified copy of the transcript of the record" with the "Answer" served on June 7, 2021. Because any decision of this Court must be based on the filed, certified record, Plaintiff believes that the statute should be complied with without further delay so that the related briefing is also not delayed.

Dated: June 28, 2021				Respectfully submitted,

						PARRISH LAW OFFICES


						*/s/ James C. Pistorino*_____
						James C. Pistorino
						*Attorneys for Plaintiffs*