Phillip Wm. Lear
Lear & Lear PLLC
808 E South Temple Street
Salt Lake City, UT 84102
Telephone: (801) 538-5000
Facsimile:(801) 538-5001
Email: phillip.lear@learlaw.com
Local Attorney for Linda P. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LINDA P. SMITH,<br><br>    *Plaintiff*<br><br>v.<br><br>XAVIER BECERRA, in his capacity as the Secretary of the United States Department of Health and Human Services,<br><br>    *Defendant* | Case No. 1:21-cv-00047-HCN-DBP<br><br><br>APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BASED ON COLLATERAL ESTOPPEL<br><br>JURY TRIAL DEMANDED<br><br>Judge Howard Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 56-1, Mrs. Smith files this Appendix of Evidence. Given that the Court's decision is supposed to be largely based on the certified record filed with the Court, the volume of them, and the spirit of the Rule, Mrs. Smith is not attaching copies of the record cites. Should the Court wish Mrs. Smith to do that, of course, she is prepared to.

| **Exhibit #** | **Description** | **Source** |
|---|---|---|
| Exhibit A | Declaration of James Pistorino | James Pistorino |
| Exhibit B | Complaint dated April 5, 2021 | *See* Dkt. #2 |
| Exhibit C | Answer dated August 24, 2021 | *See* Dkt. #24. |

Dated: September 7, 2021

Respectfully submitted,

PARRISH LAW OFFICES

/s/ James C. Pistorino
James C. Pistorino
*Attorneys for Plaintiffs*

LEAR & LEAR PLLC

/s/ Phillip Wm. Lear
Phillip Wm. Lear
*Attorneys for Plaintiff*

2