# EXHIBIT A

Phillip Wm. Lear
Lear & Lear PLLC
808 E South Temple Street
Salt Lake City, UT 84102
Telephone: (801) 538-5000
Facsimile:(801) 538-5001
Email: phillip.lear@learlaw.com
Local Attorney for Linda P. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LINDA P. SMITH,<br><br>    *Plaintiff*<br><br>v.<br><br>XAVIER BECERRA, in his capacity as the Secretary of the United States Department of Health and Human Services,<br><br>    *Defendant* | Case No. 1:21-cv-00047-HCN-DBP<br><br>DECLARATION OF JAMES PISTORINO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BASED ON COLLATERAL ESTOPPEL<br><br>JURY TRIAL DEMANDED<br><br>Judge Howard Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Pursuant to 28 U.S.C. § 1746, I, James C. Pistorino, hereby declare as follows:

1. I am an attorney with the law firm of Parrish Law Office, counsel to the plaintiff in the above-captioned case. I am over eighteen years of age and not a party to this case.

2. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed in this case.

3. Attached hereto as Exhibit C is a true and correct copy of the Answer filed in this case.

4. Based on my personal review of the records, the Secretary did not appeal ALJ Lambert's April 24, 2018, decision.

Dated: September 7, 2021                    Respectfully submitted,

                                            PARRISH LAW OFFICES


                                            /s/ James C. Pistorino
                                            James C. Pistorino
                                            *Attorneys for Plaintiff*