IN THE UNITED STATE DISTRICT COURT

STATE OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LINDA P. SMITH,<br><br>                                    Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>                                  Defendant. | ORDER<br><br>Case No. 1:21-cv-00047<br><br>District Court Judge Howard C. Nielson,<br><br>Magistrate Judge Dustin B. Pead |

The Secretary's Motion to Clarify the briefing schedule is GRANTED (ECF No. 41) as follows:

The Court incorrectly indicated that briefing on the parties' cross motions was complete. (ECF No. 39.) Rather, briefing on the Secretary's cross- motion for summary judgment remains pending. (ECF No. 31.) As a result,

- Ms. Smith may oppose the Secretary's cross-motion for summary judgment on or before October 26, 2021; and

- The Secretary may file a reply in support of his cross-motion for summary judgment on or before November 9, 2021.[1]

---

[1] Given the unintended confusion generated by the Court's Order, the Court affords both Plaintiff and the Secretary an additional week within which to submit their respective briefing.

DATED this 20th day of October, 2021.

                                BY THE COURT

                                _____
                                DUSTIN B. PEAD
                                Magistrate Judge
                                United States District Court