AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Linda P. Smith,

Plaintiff,

v.

Xavier Becerra, *in his capacity as Secretary of the United States Department of Health and Human Services*,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:21-cv-00047-HCN

IT IS ORDERED AND ADJUDGED

That the matter is remanded to the Secretary, pursuant to 42 U.S.C. § 1395ii, for payment of Plaintiff's claims.

January 19, 2022

Date

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge