# Defendant's Exhibit B
## (CPI-U Table)

 U.S. BUREAU OF LABOR STATISTICS

# Databases, Tables & Calculators by Subject

**Change Output Options:**  From: 1996  To: 2023  GO
☑ include graphs  ☑ include annual averages     More Formatting Options ➡

Data extracted on: April 23, 2023 (7:07:29 PM)

**CPI for All Urban Consumers (CPI-U)**

**Series Id:**     CUUR0400SA0
Not Seasonally Adjusted
**Series Title:**  All items in West urban, all urban consumers, not seasonally adjusted
**Area:**          West
**Item:**          All items
**Base Period:**   1982-84=100



Download: xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1996 | 155.3 | 155.8 | 156.4 | 157.1 | 157.6 | 157.5 | 157.9 | 158.0 | 158.6 | 159.1 | 159.2 | 158.7 | 157.6 | 156.6 | 158.6 |
| 1997 | 159.6 | 160.1 | 160.8 | 161.1 | 161.1 | 161.0 | 161.1 | 161.5 | 162.1 | 162.8 | 162.8 | 162.8 | 161.4 | 160.6 | 162.2 |
| 1998 | 163.0 | 163.2 | 163.3 | 163.6 | 164.3 | 164.2 | 164.3 | 164.8 | 165.1 | 165.5 | 165.8 | 165.8 | 164.4 | 163.6 | 165.2 |
| 1999 | 166.4 | 166.9 | 167.3 | 169.0 | 168.7 | 168.3 | 168.9 | 169.5 | 170.0 | 170.4 | 170.4 | 170.5 | 168.9 | 167.8 | 170.0 |
| 2000 | 171.0 | 172.0 | 173.5 | 173.7 | 174.0 | 174.3 | 175.2 | 175.9 | 176.6 | 177.2 | 177.2 | 177.1 | 174.8 | 173.1 | 176.5 |
| 2001 | 178.3 | 179.3 | 180.1 | 180.4 | 181.3 | 182.0 | 182.0 | 181.9 | 182.5 | 182.5 | 182.3 | 181.6 | 181.2 | 180.2 | 182.1 |
| 2002 | 182.4 | 183.2 | 184.0 | 185.1 | 184.8 | 184.5 | 184.7 | 185.3 | 185.7 | 185.8 | 185.8 | 185.5 | 184.7 | 184.0 | 185.5 |
| 2003 | 186.6 | 188.1 | 189.3 | 188.8 | 188.5 | 188.1 | 188.4 | 189.2 | 189.6 | 189.4 | 188.5 | 188.3 | 188.6 | 188.2 | 188.9 |
| 2004 | 189.4 | 190.8 | 192.2 | 192.3 | 193.4 | 193.3 | 192.9 | 193.0 | 193.8 | 195.0 | 195.1 | 194.2 | 193.0 | 191.9 | 194.0 |
| 2005 | 194.5 | 195.7 | 197.1 | 198.6 | 198.8 | 198.0 | 198.6 | 199.6 | 201.7 | 202.6 | 201.4 | 200.0 | 198.9 | 197.1 | 200.7 |
| 2006 | 201.7 | 202.7 | 203.8 | 205.3 | 206.9 | 206.4 | 206.7 | 207.5 | 207.8 | 207.1 | 206.3 | 206.2 | 205.7 | 204.5 | 206.9 |
| 2007 | 207.790 | 208.995 | 210.778 | 212.036 | 213.063 | 212.680 | 212.542 | 212.406 | 212.920 | 213.917 | 214.904 | 214.733 | 212.230 | 210.890 | 213.570 |
| 2008 | 215.739 | 216.339 | 218.533 | 219.437 | 221.009 | 223.040 | 223.867 | 222.823 | 222.132 | 221.034 | 217.113 | 214.685 | 219.646 | 219.016 | 220.276 |
| 2009 | 215.923 | 217.095 | 217.357 | 217.910 | 218.567 | 219.865 | 219.484 | 219.884 | 220.294 | 220.447 | 219.728 | 219.307 | 218.822 | 217.786 | 219.857 |
| 2010 | 219.989 | 220.179 | 220.809 | 221.202 | 221.417 | 221.147 | 221.331 | 221.523 | 221.384 | 221.708 | 221.671 | 222.081 | 221.203 | 220.790 | 221.616 |
| 2011 | 223.149 | 224.431 | 226.558 | 227.837 | 228.516 | 228.075 | 227.805 | 228.222 | 229.147 | 229.195 | 228.771 | 228.117 | 227.485 | 226.428 | 228.543 |
| 2012 | 228.980 | 229.995 | 232.039 | 232.561 | 233.053 | 232.701 | 231.893 | 233.001 | 234.083 | 234.966 | 233.206 | 232.029 | 232.376 | 231.555 | 233.196 |
| 2013 | 232.759 | 234.595 | 235.511 | 235.488 | 235.979 | 236.227 | 236.341 | 236.591 | 237.146 | 237.000 | 236.153 | 236.096 | 235.824 | 235.093 | 236.555 |
| 2014 | 236.707 | 237.614 | 239.092 | 239.808 | 241.350 | 241.616 | 241.850 | 241.660 | 241.920 | 241.650 | 240.220 | 239.095 | 240.215 | 239.365 | 241.066 |
| 2015 | 238.318 | 239.748 | 241.690 | 242.302 | 244.227 | 244.332 | 245.040 | 244.737 | 244.257 | 244.341 | 243.749 | 243.434 | 243.015 | 241.770 | 244.260 |
| 2016 | 244.600 | 244.821 | 245.404 | 246.589 | 247.855 | 248.228 | 248.375 | 248.498 | 249.234 | 249.897 | 249.448 | 249.516 | 247.705 | 246.250 | 249.161 |
| 2017 | 250.814 | 252.252 | 252.949 | 253.806 | 254.380 | 254.469 | 254.708 | 255.282 | 256.504 | 257.223 | 257.126 | 257.347 | 254.738 | 253.112 | 256.365 |
| 2018 | 258.638 | 259.986 | 260.994 | 262.037 | 263.240 | 263.732 | 263.971 | 264.395 | 265.105 | 266.195 | 265.658 | 265.209 | 263.263 | 261.438 | 265.089 |
| 2019 | 265.624 | 266.215 | 267.370 | 269.522 | 270.880 | 270.957 | 271.029 | 271.264 | 272.102 | 273.524 | 273.128 | 272.584 | 270.350 | 268.428 | 272.272 |
| 2020 | 273.340 | 274.412 | 273.995 | 272.913 | 273.062 | 274.155 | 275.597 | 276.443 | 276.422 | 276.876 | 276.875 | 276.593 | 275.057 | 273.646 | 276.468 |
| 2021 | 277.238 | 278.702 | 280.625 | 283.507 | 285.793 | 288.263 | 289.863 | 290.393 | 291.053 | 293.397 | 294.986 | 296.102 | 287.494 | 282.355 | 292.632 |
| 2022 | 298.705 | 301.158 | 305.082 | 307.145 | 309.645 | 313.496 | 313.951 | 314.013 | 315.094 | 317.299 | 315.919 | 314.599 | 310.509 | 305.872 | 315.146 |
| 2023 | 317.477 | 319.130 | 320.715 | | | | | | | | | | | | |

U.S. BUREAU OF LABOR STATISTICS  Postal Square Building   2 Massachusetts Avenue NE   Washington, DC 20212-0001
Telephone:1-202-691-5200   Telecommunications Relay Service:7-1-1   www.bls.gov   Contact Us